IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WHEELER C. SCOTT                                                          PLAINTIFF

v.                                    No. 4:07CV00366 JMM

STAFFMARK                                                                 DEFENDANT

## ORDER

Plaintiff filed a *pro se* complaint on April 9th pursuant to Title VII alleging discrimination due to his color as a result of defendant failing to award him a $50.00 bonus when he arrived at work at 4:45 a.m. for clock-in time at 5:00 a.m., but he was in the break room and forgot to hit the clock until one minute past.

On April 16th, plaintiff submitted to the Clerk's office a document captioned "Notification of Waiver" in which he states that he is waiving his rights to go to court in Little Rock to that this case can be tried in the United States Supreme Court. He also submitted a separate document addressed to the United States Supreme Court. These documents were marked "Received" and forwarded to chambers. Upon review, the two documents received on April 16th are being made attachments to this order.

This Court has no authority to send this case to the United States Supreme Court to be tried. Plaintiff has the choice to either have his case be heard here or to dismiss the case if he desires another forum. If plaintiff chooses to dismiss his case for any reason, he must file an appropriate pleading as set out in the Federal Rules of Civil Procedure.

IT IS SO ORDERED this 30 day of April, 2007.

                                                 UNITED STATES DISTRICT JUDGE