IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**WHEELER C. SCOTT**                                                      **PLAINTIFF**

**VS.**                          **NO:4:07CV00366**

**STAFFMARK**                                                    **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITHOUT PREJUDICE.

DATED this 6th day of September, 2007.

*[signature]*
James M. Moody
United States District Judge